

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW
F. #2020R0147

*Select Street Address*
*Select City & State*

June 28, 2022

By E-mail

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Ibrahim Alhussayen
     Magistrate Docket No. 22-682 (RML)

Dear Judge Mann:

  The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

         Respectfully submitted,

         BREON PEACE
         United States Attorney

     By: /s/ Sara K. Winik
         Sara K. Winik
         Assistant U.S. Attorney
         (718) 254-6058

Enclosure

cc: Clerk of Court (by ECF)

SKW
F.# 2020R0147

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

IBRAHIM ALHUSSAYEN,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

22-MJ-682 (RML)

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Sara K. Winik, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
               June 28, 2022

                                  */s/ Roanne L. Mann*
                                  HONORABLE ROANNE L. MANN
                                  UNITED STATES MAGISTRATE JUDGE
                                  EASTERN DISTRICT OF NEW YORK